PER CURIAM.
 

 Cary Kiser appeals the revocation of his pi’obation and sentence. Appointed appellate counsel has moved to withdraw pursuant to
 
 Anders v. California,
 
 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Appellant admitted violating his probation by
 
 *1203
 
 committing new offenses. The record, however, does not reflect a written order revoking probation. We affirm the revocation and sentence, but remand for entry of a written order revoking probation and specifying the conditions which appellant violated.
 
 Smith v. State,
 
 6 So.3d 116 (Fla. 4th DCA 2009).
 

 Affirmed and Remanded.
 

 GROSS, C.J., POLEN and GERBER, JJ., concur.